No. 06-12-00141-CR

Sylvester Kelly,
APPELLANT

V.

State of Texas

§
§
§
§
§
§

In The Court of Appeals
Sixth District of Texas

FILED IN
The Court of Appeals
Sixth District

DEC 29 2014

Texarkana, Texas
Debra Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 9 2014

Texarkana, Texas
Debra Autrey, Clerk

Motion To Suspend
Tex. R. App. Proc. 9.3

To The Honorable Judges of The Texas Court of Appeals Sixth District of Texas comes Sylvester Kelly, Appellant In the Above Numbered Cause And Moves to Suspend Rule 9.3 Tex. R. App. Proc. Because the Appellant does not have Access to A Copy Machine At the Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606. Therefore, the Appellant respectfully Ask the Court to Accept (1) One handwritten Pro Se Response to Anders brief for Filing.



COURT OF APPEALS
Sixth Appellate District of Texas
Bi-State Justice Building
100 North State Line Avenue #20
Texarkana, Texas 75501

Sylvester Kelly # 1802342

Clements Unit

9601 Spur 591

Amarillo, Texas 79107